WILLIAM B. TERRY, ESQ.
Nevada State Bar No. 001028
WILLIAM B. TERRY CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
(702) 385-9788 (Fax)
Info@WilliamTerryLaw.com
Attorney for Defendant

WILLIAM B. TERRY, CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EHSAN ROOHANI,

Defendant.

CASE NO.: 2:17-cr-00260-JAD-VCF

**STIPULATION TO CONTINUE SENTENCING SUBJECT TO THE COURT'S FURTHER ORDER**

COMES NOW the Defendant, EHSAN ROOHANI, by and through his counsel, WILLIAM B. TERRY, ESQ., of the law offices of WILLIAM B. TERRY, CHARTERED and moves that this Honorable Court approve the stipulation entered between the United States Attorney's office, specifically being Kathy J. Lemke, Assistant United States Attorney - District of Arizona and the undersigned counsel requesting that the sentencing date currently set for February 13, 2018 at 1:30 p.m. be continued in ordinary course to a time suggested to be in the latter portion of March 2018. The instant motion is captioned as a stipulation because Ms. Lemke has been courteous enough to indicate she has no objections to the motion to continue. The basis for the motion to continue is set forth within the affidavit of undersigned counsel.

WILLIAM B. TERRY, CHARTERED

WILLIAM B. TERRY, ESQ.
Nevada Bar No. 001028
WILLIAM B. TERRY, CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
Attorney for Defendant

**AFFIDAVIT OF WILLIAM B. TERRY, ESQ.**

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

WILLIAM B. TERRY, ESQ., being first duly sworn deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Nevada;

2. That he is the attorney of record in that case entitled *USA vs. Ehsan Roohani*;

3. That sentencing is currently set for February 13, 2018 at the hour of 1:30 p.m. before this Honorable Court;

4. That undersigned counsel received the proposed Presentence Report and thereafter notified the preparer of that report of certain objections which counsel asked him to consider. As of the time of the instant stipulation it is unknown whether or not the preparer of that report concurs with the objections lodged by counsel;

5. The sentencing is currently set for February 18, 2018. If the preparer of the Presentence Report does not concur in the objections then counsel will be filing a objection to the Presentence Report. Counsel also intends to file a sentencing memorandum for the Court's consideration. The concern which the counsel has is that he will not have an adequate opportunity to provide the court with written objections if the preparer of the report does not concur in those objections;

6. Counsel for Mr. Roohani contacted Assistant United States Attorney Lemke and advised her of the request to continue the sentencing. She indicated she did not have any opposition to the sentencing being continued and both Ms. Lemke and undersigned counsel suggest sometime in the latter portion of March being at least a 30 day continuance from the current February 13 date. Ms. Lemke advised undersigned counsel that the first week of March she would be unavailable since she is set for trial;

7. The instant motion to continue is made in good faith and is the first motion of this nature filed in the instant case. It is not file for purposes of delay. Mr. Roohani remains in the custody of federal authorities and has concurred with the request to continue for a minimum

of 30 days. If the Court feels that an April setting for the sentencing date is preferable, undersigned counsel would have no objection to this.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 31st day of January, 2018.

WILLIAM B. TERRY, ESQ.

SUBSCRIBED AND SWORN to before me this 31st day of January, 2018.

NOTARY PUBLIC in and for said County and State.



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EHSAN ROOHANI,<br>Defendant. | ) | CASE NO.: 2:17-cr-00260-JAD-VCF |

## FINDINGS OF FACT

Based upon the pending Stipulation or the parties, and good cause appearing therefor, the Court find that:

1. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to the requested continuance;
2. Counsel for the Defendant has spoken to Assistant United States Attorney and she has no objection to the requested continuance;

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice;
2. For all of the above-stated reasons, the ends of justice would be best served by a continuance of trial date;
3. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(I) and (iv); and

. . . .

4. This is the first request for a continuance of the sentencing date in this case.

**ORDER**

IT IS ORDERED that the sentencing currently scheduled for February 13, 2018, at the hour of 1:30 p.m., be vacated and continued until March 19, 2018, at the hour of 10:00 a.m.

DATED this 31st day of January, 2018.

UNITED STATES DISTRICT JUDGE