WILLIAM B. TERRY, ESQ.
Nevada State Bar No. 001028
WILLIAM B. TERRY CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
(702) 385-9788 (Fax)
Info@WilliamTerryLaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.: 2:17-cr-00260-JAD-VCF |
| vs. | ) |
| EHSAN ROOHANI, | ) |
| Defendant. | ) |

**STIPULATION TO CONTINUE SENTENCING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Jefferson B. Sessions, III, Attorney General and Kathy J. Lemke, Assistant United States Attorney - District of Arizona, counsel for Plaintiff, United States of America, and William B. Terry, Esq., of the law offices of William B. Terry, Chartered, counsel for Defendant, Ehsan Roohani, that the sentencing currently set for March 19, 2018, be vacated and continued for a minimum of ninety (90) days by this Honorable Court.

Counsel for the Defendant is currently unavailable due to a medical leave and will continue to be unavailable prior to the time requested herein. Further, counsel for the Government will be unavailable the latter portion of May through the beginning of June. Therefore, the parties are asking that the sentencing date be set after June 1, 2018.

This Stipulation is entered into based on the following reasons:

1. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to the requested continuance;

2. Counsel for the Defendant has not been able to review the final Presentence

Investigation Report and may need to file objections to the Report so additional time to prepare said objections may be necessary;

3. Counsel for the Defendant has spoken to Assistant United States Attorney and she has no objection to the requested continuance;

4. Denial of this request for continuance would result in a miscarriage of justice;

5. For all of the above-stated reasons, the ends of justice would be best served by a continuance of trial date;

6. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(I) and (iv); and

7. This is the second request for a continuance of the sentencing date in this case.

DATED this __7th__ day of March, 2018.

JEFFERSON B. SESSIONS, III  
ATTORNEY GENERAL

/s/ Kathy J. Lemke  
KATHY J. LEMKE  
Assistant United States Attorney  
District of Arizona  
Two Renaissance Square  
40 North Central Avenue, Ste. 1200  
Phoenix, Arizona 85004  
Attorney for Plaintiff  
(602) 514-7544

WILLIAM B. TERRY CHARTERED

/s/ William B. Terry  
WILLIAM B. TERRY, ESQ.  
Nevada State Bar No. 001028  
WILLIAM B. TERRY, CHARTERED  
530 South Seventh Street  
Las Vegas, Nevada 89101  
Attorney for Defendant  
(702) 385-0799

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
)
        Plaintiff, )    CASE NO.:   2:17-cr-00260-JAD-VCF
)
vs. )
)
EHSAN ROOHANI, )
)
        Defendant. )
_____)

## FINDINGS OF FACT

Based upon the pending Stipulation or the parties, and good cause appearing therefor, the Court find that:

1. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to the requested continuance;

2. Counsel for the Defendant has not been able to review the final Presentence Investigation Report and may need to file objections to the Report so additional time to prepare said objections may be necessary;

3. Counsel for the Defendant has spoken to Assistant United States Attorney and she has no objection to the requested continuance;

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice;

2. For all of the above-stated reasons, the ends of justice would be best served by a continuance of trial date;

3. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(I) and

(iv); and

4. This is the second request for a continuance of the sentencing in this case.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for March 19, 2018, at the hour of 10:00 a.m., be vacated and continued until June 25, 2018, at the hour of 10:00 a.m.

DATED this 9th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE