1  MICHAEL J. MICELI, ESQ.
   Nevada Bar No.: 10151
2  PITARO & FUMO, CHTD.
3  601 Las Vegas Boulevard, South
   Las Vegas, Nevada 89101
4  (702) 474-7554 F) (702) 474-4210
   Email: michaeljmiceli@gmail.com/kristine.fumolaw@gmail.com
5  Attorney for Defendant

6

7                        UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA (LAS VEGAS)
8

9  UNITED STATES OF AMERICA,              )
                                           ) Case No.:  2:17-CR-00260-JAD-VCF
10                                         )
                Plaintiff,                 )
11                                         )
                                           )
12 vs.                                     )
                                           )
13 EHSAN ROOHANI,                          )
                                           )
14              Defendant.                 )
15 _____  )
          **STIPUALTION AND ORDER TO CONTINUE REVOCATION HEARING**
16
          **IT IS HEREBY STIPULATED AND AGREED**, by and between Patrick Chapman,
17
   Assistant United States Attorney, District of Arizona, counsel for the United States (hereinafter
18
   "the Government"), and Michael J. Miceli, Esq., counsel for defendant EHSAN ROOHANI
19
   (collectively, "the Parties"), that the revocation hearing scheduled for October 31, 2023, at 11:00
20
   a.m., be vacated to a date and time convenient to the court, but no sooner than 30 days from the
21
   date of this filing.
22

23       The Stipulation is entered into for the following reasons:

24       1.    The additional time requested herein is not sought for purposes of delay.

25       2.    Counsel for ROOHANI, needs additional time to prepare for revocation hearing.

26       3.    Counsel has spoken to Defendant and he has no opposition to the continuance.

4.  Counsel has spoken to the Government and they have no opposition to the continuance.

5.  The parties agree to the continuance.

6.  The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare for revocation hearing, taking into account the exercise of due diligence.

7.  Denial of this request for continuance would deny counsel for sufficient time to effectively represent the defendant.

This is the first Stipulation to continue the revocation hearing and related dates in this matter.

DATED: This 26th day of October 2023.

| | |
|---|---|
| PITARO & FUMO, CHTD. | GARY M. RESTAINO<br>UNITED STATES ATTORNEY<br>DISTRICT OF ARIZONA |
| By /s/ Michael J. Miceli<br>MICHAEL J. MICELI, ESQ.<br>Counsel for Defendant | By /s/ Patrick Chapman<br>PATRICK CHAPMAN, ESQ.<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:17-CR-00260-JAD-VCF |
| Plaintiff, | ) |
| vs. | ) |
| EHSAN ROOHANI, | ) |
| Defendant. | ) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The additional time requested herein is not sought for purposes of delay.

2. Counsel for ROOHANI, needs additional time to prepare for revocation hearing.

3. Counsel has spoken to Defendant and he has no opposition to the continuance.

4. Counsel has spoken to the Government and they have no opposition to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare for revocation hearing, taking into account the exercise of due diligence.

7. Denial of this request for continuance would deny counsel for sufficient time to effectively represent the defendant.

This is the first Stipulation to continue the revocation hearing and related dates in this matter.

## **ORDER**

**IT IS THEREFORE ORDERED** that the revocation hearing currently set for Ocotber 31, 2023 at 11:00 a.m., is vacated and continued to December 4, 2023, at 11:00 a.m.

DATED this 26th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE